**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| WENDY PALMER, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO:** |
| v. | : | **7:25-cv-65–WLS** |
| | : | |
| RAY PAULK, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## <u>ORDER</u>

Pending before the Court is Defendants' Georgia Department of Community Supervision and Andrea Radney Motion to Dismiss (Doc. 9) ("Motion to Dismiss"). On March 16, 2026, with the Court's permission, Plaintiff filed her Amended Complaint for Damages (Doc. 32). Upon the filing of an amended complaint, pending motions to dismiss with respect to the prior complaint become moot.

Accordingly, the Motion to Dismiss (Doc. 9) is **DENIED, AS MOOT, WITHOUT PREJUDICE**.

**SO ORDERED**, this 16th day of March 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1